THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGEN A. McCLUEY,<br><br>   Plaintiff,<br><br>   v.<br><br>SKAGIT COUNTY PUBLIC HOSPITAL DISTRICT NO. 1,<br><br>   Defendant. | NO. C17-1784 RAJ<br><br>**ORDER GRANTING STIPULATED MOTION TO VACATE ORDER OF DEFAULT, ORDER GRANTING DEFAULT JUDGMENT, AND DEFAULT JUDGMENT**<br><br>**[Proposed]** |

This matter having come on upon the Stipulation of the Parties hereto, it is hereby ORDERED that:

1. The Order of Default entered in this matter on February 6, 2018 is hereby vacated and shall be of no further force and effect.

2. The Order Granting Motion for Default Judgment entered in this matter on May 25, 2018 is hereby vacated and shall be of no further force and effect.

3. The Default Judgment entered in this matter on May 29, 2018 is hereby vacated and shall be of no further force and effect.

4. The Parties shall mediate this matter on July 2, 2018 with mediator Nancy Maisano.

5. Defendant shall pay the entirety of Ms. Maisano's fee for the early mediation.

ORDER GRANTING STIPULATED MOTION TO VACATE - 1
[Case No. 2:17-CV-01784 RAJ]

GARVEY SCHUBERT BARER, P.C.
A PROFESSIONAL SERVICE CORPORATION
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

6. Defendant shall promptly pay Plaintiff's attorneys' fees and costs associated with the default-related pleadings, in the amount of $9,814.50.

7. Defendant shall answer the Complaint in this matter no later than 14 days after the date of this order. An Order Setting Civil Case Schedule shall be issued and shall govern this case.

DONE this 12th day of June, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO VACATE - 2
[Case No. 2:17-CV-01784 RAJ]

GARVEY SCHUBERT BARER, P.C.
A PROFESSIONAL SERVICE CORPORATION
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939