The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGEN MCCLUEY,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SKAGIT COUNTY PUBLIC HOSPITAL DISTRICT NO. 1,<br><br>　　　　　　　　　Defendant. | No.  2:17-cv-01784 RAJ<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

　　　Plaintiff Ragen McCluey, by and through attorneys, Patrick B. Reddy and Amanda V. Masters, and Skagit County Public Hospital District No. 1, by and through attorneys, Michael S. Brunet and Bernice Johnson Blessing, hereby stipulate to entry of an Order dismissing all claims with prejudice and without an award of costs or attorney fees to either party.

　　　DATED this 17th day of July, 2018.

| | |
|---|---|
| EMERY \| REDDY, PLLC | GARVEY SCHUBERT BARER, P.C. |
| s/ Patrick B. Reddy<br>Patrick B. Reddy, WSBA No. 34092<br>600 Stewart St., Suite 1100<br>Seattle, WA 98101<br>Telephone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: reddyp@emeryreddy.com<br>Attorney for Plaintiff | s/ Michael Brunet<br>Michael Brunet, WSBA No. 35764<br>1191 Second Avenue, 18th Floor<br>Seattle, WA 98101<br>Telephone: (206) 464-3939<br>Fax: (206) 464-0125<br>Email: mbrunet@gsblaw.com<br>Attorney for Defendant |

STIPULATION FOR ORDER OF DISMISSAL –
2:17-cv-01784 RAJ - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

| | |
|---|---|
| EMERY | REDDY, PLLC | GARVEY SCHUBERT BARER, P.C. |
| | |
| s/ Amanda V. Masters | s/ Bernice Johnson Blessing |
| Amanda V. Masters, WSBA No. 46342 | Bernice Johnson Blessing, WSBA No. 47609 |
| 600 Stewart St., Suite 1100 | 1191 Second Avenue, 18th Floor |
| Seattle, WA 98101 | Seattle, WA 98101 |
| Telephone: (206) 442-9106 | Telephone: (206) 464-3939 |
| Fax: (206) 441-9711 | Fax: (206) 464-0125 |
| Email: amanda@emeryreddy.com | Email: bblessing@gsblaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

**ORDER**

Based on the above stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITH PREJUDICE and is dismissed without costs or attorney fees to either party.

DONE this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

EMERY REDDY, PLLC

 s/ Patrick B. Reddy
Patrick B. Reddy, WSBA No. 34092
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
Attorney for Plaintiff

STIPULATION FOR ORDER OF DISMISSAL –
2:17-cv-01784 RAJ - 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1  EMERY REDDY, PLLC

2

3   s/ Amanda V. Masters
Amanda V. Masters, WSBA No. 46342
4  600 Stewart St., Suite 1100
Seattle, WA 98101
5  Telephone: (206) 442-9106
Fax: (206) 441-9711
6  Email: amanda@emeryreddy.com
Attorney for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR ORDER OF DISMISSAL –
2:17-cv-01784 RAJ - 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711